**STATEMENT OF FACTS
IN SUPPORT OF A COMPLAINT AND ARREST WARRANT**

James E. Christie Jr, Special Agent (SA) with the Federal Bureau of Investigation (FBI), Washington Field Office (WFO), Washington, D.C., (hereinafter the "Affiant") being duly sworn, deposes and states as follows:

**INTRODUCTION**

1. Your affiant is "a federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, that is, a government agent who is engaged in enforcing the criminal laws and who is in a category of officers authorized by the Attorney General to request an arrest warrant. I am a duly appointed Special Agent of the Federal Bureau of Investigation (FBI) and have been employed as such since August, 1999. I am currently assigned to a squad which investigates Violent Crimes out of the FBI's Violent Crimes Task Force of the Washington, D.C. Field Office of the FBI and I have been assigned to this squad since October, 2008. Prior to being appointed to the FBI, I served as a Philadelphia Police Officer for one year and as a Pennsylvania State Police Trooper for three years as a patrol Trooper and a criminal investigator. During the course of my participation in the investigations of violent crimes, I have testified in Grand Jury proceedings and at probable cause and detention hearings. Through my employment with the FBI, I have gained knowledge in the use of various investigative techniques including the utilization of physical surveillance, undercover agents, confidential informants and cooperating witnesses, consensually monitored recordings, investigative interviews, trash covers, financial investigations, the service of Administrative and Grand Jury Subpoenas, analyzing telephone pen register and caller identification system data, conducting court-authorized electronic surveillance and the execution of search and arrest warrants. Through instruction and participation in investigations, I have become familiar with

the manner in which criminal offenders conduct their illegal business and the methods, language, and terms that are used to disguise conversations about their activities.

## GENERAL BACKGROUND

2.      This affidavit is based, in part, upon witness interviews and my review of surveillance photographs. Since this affidavit is being submitted for the limited purpose of obtaining a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause for the issuance of this complaint and arrest warrant.

3.      As a result of my personal participation in this investigation, I am familiar with all aspects of this investigation. On the basis of this familiarity, and on the basis of other information which I have reviewed and determined to be reliable, I allege the facts show there is probable cause to believe DEANGELO THORNE committed a violation of Title 18, United States Code, Section 2113(a) (Attempted Bank Robbery).

## THE INVESTIGATION

4.      On December 16, 2013, at approximately 4:35 p.m., a Black male in his mid-twenties (hereinafter "Subject") wearing a black North Face jacket with a hood entered the SunTrust Bank located at 1250 U Street, NW, Washington, D.C. 20009. SunTrust Bank is insured by the Federal Deposit Insurance Corporation. The Subject approached a teller (hereinafter "Teller 1") and requested to make a withdrawal from his account. It should be noted the teller stations are enclosed with security glass. Teller Number 1 advised the Subject he needed government identification to make a withdrawal. The Subject indicated the only type of identification he possessed was a "DC Jail Card". Teller 1 advised the Subject he would need to wait to speak with the Head Teller who was currently assisting a customer.

5. Soon thereafter, the Subject walked over to a customer service counter inside the bank and was observed writing something on a piece of paper. The Subject then approached a second teller (hereinafter "Teller 2") whose teller station was closed and the station was marked with "Closed" sign. The Subject knocked on the security glass in an attempt to gain the attention of Teller 2, who was in the process of closing her teller drawer for the evening. Teller 2 observed the Subject display a demand note. Teller 2 believed the note said "Give me 1200" and the note also indicated the Subject had a gun. Teller 2 did not acknowledge, to the Subject, the demand note. Teller 2 covertly notified Teller 1 and the Head Teller the Subject was attempting to rob the bank. After waiting at the teller station window for approximately two minutes, the Subject fled the bank on foot with the demand note and without any money. The Head Teller called 911 and notified the Metropolitan Police Department of the Subject's attempted bank robbery.

6. On December 17, 2013, surveillance photographs of the Subject from the SunTrust Bank branch were distributed by the Affiant to Community Supervision Officers (CSOs) with the District of Columbia's Court Services and Offender Supervision Agency (CSOSA). Sometime thereafter, the Affiant was notified that three separate CSOs identified the Subject in the surveillance photographs as DEANGELO THORNE.

7. The Affiant interviewed all three CSOs who identified the Subject as DEANGELO THORNE. All three CSO advised they have supervised DEANGELO THORNE at some point in the past eighteen months for prior criminal convictions. In addition, each of the CSOs confirmed they reviewed the surveillance photographs and identified the Subject as DEANGELO THORNE.

8. On December 18, 2013, officers with the Metropolitan Police Department encountered and stopped DEANGELO THORNE in the 1200 block of U Street, N.W., Washington, D.C., which is the same block of the SunTrust Bank that DEANGELO THORNE attempted to rob on December 16, 2013. DEANGELO THORNE was wearing what appeared to be the same black North Face jacket he was wearing at the time of the attempted bank robbery.

9. Based upon the facts and circumstances contained in this affidavit your Affiant believes there is probable cause to issue a complaint and arrest warrant for DEANGELO THORNE for violating Title 18, United States Code, Section 2113(a) (Attempted Bank Robbery).

          JAMES E. CHRISTIE JR.
          Special Agent, Federal Bureau of Investigation

Sworn and subscribed to before me this _____ day of December, 2013

          JOHN M. FACCIOLA
          United States Magistrate Judge